# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 14, 2020

Mr. George Gust Kouros
Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

      RE:  20-2418  Daniel Lee v. United States

Dear Counsel:

      The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      If you have any questions about the schedule or procedures for the case, please contact our office.

                 Michael E. Gans
                 Clerk of Court

EDG

Enclosure(s)

cc:    Mr. Michael S. Gordon
       Mr. Daniel Lewis Lee
       Mr. Jim McCormack
       Mr. John Michael Pellettieri
       Mr. Jonathan Dean Ross
       Ms. Shannon S. Smith

      District Court/Agency Case Number(s):  4:18-cv-00649-LPR

**Caption For Case Number:   20-2418**

Daniel Lewis Lee

       Petitioner - Appellant

v.

United States of America

       Respondent - Appellee

**Addresses For Case Participants:   20-2418**

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. Michael S. Gordon
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
P.O. Box 33
Terre Haute, IN  47808-0033

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Mr. Jonathan Dean Ross
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Ms. Shannon S. Smith
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
500
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Appellate Case: 20-2418     Page: 4     Date Filed: 07/14/2020 Entry ID: 4933217