# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  20-2418
_____

Daniel Lewis Lee

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00649-LPR)

_____

## JUDGMENT


This appeal is administratively closed. The mandate shall issue forthwith.


July 28, 2020



Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans